IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN RAY OPELLA,

    Plaintiff,

v.

MAURICIO ALBERTO RULLAN DIAZ,

    Defendants.

No. C 11-80022 JSW

**ORDER OF REFERRAL**

On February 1, 2011, Mauricio Alberto Rullan Diaz ("Defendant"), filed a Motion to Quash Plaintiff's Subpoena Duces Tecum to Google, Inc. and for Entry of a Protective Order. Pursuant to Northern District Civil Local Rule 72-1, this matter, and all further discovery disputes in this matter, is HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED.**

Dated: February 3, 2011

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani