Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RAY OPELLA,<br><br>        Plaintiff,<br><br>    v.<br><br>MAURICIO ALBERTO RULLAN DIAZ, an individual, TECNOLOGIAS ASOCIADAS INTERNACIONALES, S.A. de C.V., a Mexican corporation,<br><br>        Defendants. | Florida District Court Case No. 10-21134-CIV-JORDAN/MCALILEY<br><br>**Case No. CV 11-80022 MISC JSW (EDL)**<br><br>**ORDER GRANTING DEFENDANT MAURICIO ALBERTO RULLAN DIAZ'S MOTION TO QUASH SUBPOENA DUCES TECUM TO GOOGLE, INC AND ISSUING A PROTECTIVE ORDER**<br><br>**Hearing Date: March 15, 2011**<br>**Time:      9:00 a.m.**<br>**Courtroom:  E – 15th Floor**<br><br>**Before the Honorable U.S. Magistrate Judge Elizabeth D. Laporte** |

SFODMS/6620335.1

**Misc. Case No. CV-11-80022 MISC JSW (EDL)**
ORDER GRANTING DEFENDANT'S MOTION TO QUASH

## ORDER

The Motion of Defendant Mauricio Alberto Rullan Diaz ("Defendant") to Quash the Subpoena Duces Tecum to Google, Inc. and for Entry of a Protective Order ("Defendant's Motion to Quash") came for hearing before The Honorable Elizabeth D. Laporte on March 15, 2011 at 9:00 a.m., in Courtroom E, 15th Floor, in the above-captioned court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Irene V. Gutierrez of the law firm of Baker & McKenzie LLP appeared on behalf of Defendant Mauricio Alberto Rullan Diaz. There was no appearance on behalf of Plaintiff Steven Ray Opella.

Upon consideration of the arguments, the moving papers, and all the pleadings on file and for good cause shown:

IT IS HEREBY ORDERED that Defendant's unopposed Motion to Quash is **GRANTED.** The subpoena is directed to Google, an electronic communication service, and seeks disclosure of Defendant's personal emails. These documents are protected from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. § 2701 and are not subject to a civil discovery subpoena under Federal Rule of Civil Procedure 45. See, e.g. Crispin v. Christian Audiger, Inc. 717 F. Supp.2d 965 (2010).

**IT IS SO ORDERED**.

Dated: __March 21, 2011        _____Elizabeth D. Laporte_____
                               United States Magistrate Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6620335.1

2

**Misc. Case No. CV-11-80022 MISC JSW (EDL)**
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO QUASH